914

No. 76–525. SCHANBARGER *v.* McNULTY, SHERIFF. C. A. 2d Cir. Certiorari denied.

No. 76–972. STATE BOARD OF MEDICINE OF IDAHO ET AL. *v.* JONES ET AL. Sup. Ct. Idaho. Certiorari denied.

No. 76–1048. 75.81 ACRES OF LAND, MORE OR LESS, SITUATE IN GRAYSON COUNTY, VIRGINIA, ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–1062. O'BRIEN ET AL. *v.* JORDAN. C. A. 1st Cir. Certiorari denied.

No. 76–1071. MARTINEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–1085. TELEPHONE ANSWERING SERVICE CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 76–1115. HOFSTAD *v.* UNITED STATES; and
No. 76–1135. CARLSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–1152. KAVALER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–1161. NATIONAL MOTOR FREIGHT TRAFFIC ASSN., INC., ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–1175. STRASBURG REALTY, INC. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 4th Cir. Certiorari denied.

No. 76–1186. COHEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.